FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2021

No. 04-19-00777-CR

The **STATE** of Texas,
Appellant

v.

Rahida Shavett **SLACK**,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 601338
Yolanda T. Huff, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
          Beth Watkins, Justice
          Liza A. Rodriguez, Justice

Appellant's Motion to Change Designation and Publish Opinion of the Court is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court